NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM MITCHELL,                    )
                                     )
      Appellant,                    )
                                     )
v.                                   )          Case No.  2D17-3424
                                     )
STATE OF FLORIDA,                    )
                                     )
      Appellee.                     )
_____ )

Opinion filed May 11, 2018.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

Howard L. Dimmig, II, Public Defender, and
Karen M. Kinney, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.



LaROSE, C.J., and BLACK and BADALAMENTI, JJ., Concur.